*State, Petitioner, v. Adams, Respondent*, No. 92709-0. Petition for review of a decision of the Court of Appeals, No. 71468-6-I, December 21, 2015, 191 Wn. App. 1048. *Denied* June 1, 2016.

*Nguyen-Aluskar, Petitioner, v. Lasik Vision Inst., LLC, et al., Respondents*, No. 92713-8. Petition for review of a decision of the Court of Appeals, No. 73018-5-I, November 30, 2015, 191 Wn. App. 1030. *Denied* June 1, 2016.

*City of Walla Walla, Respondent, v. Knapp, Petitioner*, No. 92715-4. Petition for review of a decision of the Court of Appeals, No. 32604-7-III, September 10, 2015, 190 Wn. App. 1002. *Denied* June 1, 2016.

*State, Respondent, v. Bouck, Petitioner*, No. 92717-1. Petition for review of a decision of the Court of Appeals, No. 46572-8-II, December 15, 2015, 191 Wn. App. 1044. *Denied* June 1, 2016.

*State, Respondent, v. Berrian, Petitioner*, No. 92718-9. Petition for review of a decision of the Court of Appeals, No. 46687-2-II, December 15, 2015, 191 Wn. App. 1044. *Denied* June 1, 2016.

*State, Respondent, v. Smith, Petitioner*, No. 92719-7. Petition for review of a decision of the Court of Appeals, No. 45789-0-II, December 8, 2015, 191 Wn. App. 1037. *Denied* June 1, 2016.

*State, Respondent, v. Mears, Petitioner*, No. 92720-1. Petition for review of a decision of the Court of Appeals, Nos. 32451-6-III, 32452-4-III, and 32453-2-III, December 15, 2015, 191 Wn. App. 1046. *Denied* June 1, 2016.

*State, Respondent, v. Bertram, Petitioner*, No. 92721-9. Petition for review of a decision of the Court of Appeals, No. 31694-7-III, November 10, 2015, 191 Wn. App. 1013. *Denied* June 1, 2016.